**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC,       ) | |
|       ) | |
|     Plaintiff,     ) | Civil Case No. 8:13-cv-03203-SDM-EAJ |
|       ) | |
| v.       ) | |
|       ) | |
| JOHN DOE subscriber assigned IP address  ) | |
| 65.35.100.237,       ) | |
|       ) | |
|     Defendant.     ) | |
|       ) | |

### PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe ("Defendant").  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

    Dated: May 2, 2014

                                  Respectfully submitted,

                                  By: /s/ *M. Keith Lipscomb*
                                  M. Keith Lipscomb (429554)
                                  klipscomb@lebfirm.com
                                  LIPSCOMB EISENBERG & BAKER, PL
                                  2 South Biscayne Blvd.
                                  Penthouse 3800
                                  Miami, FL 33131
                                  Telephone: (786) 431-2228
                                  Facsimile:  (786) 431-2229
                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*