UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                            CASE NO.: 8:13-cv-3203-T-23EAJ

JOHN DOE,

    Defendant.
_____/

**ORDER**

    The plaintiff announces (Doc. 9) a settlement in this action.  Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause.  The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida on May 5, 2014.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE